IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.32.241.230

**ISP:** Comcast Cable
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/10/2018 05:36:30 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 03/29/2018 06:26:14 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 01/07/2018 00:16:00 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | HOT Coffee |
| 01/06/2018 22:56:59 | E632469E0FE020816BAA0E20B1483F6745114BB9 | Hot and Wet |
| 12/31/2017 16:58:05 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 09/25/2017 05:19:10 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX156